**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NORTH DAKOTA

Case number *(if known)* _____   Chapter   11

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**06/24**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Twin Falls Oil Service, LLC |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-1883979 |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 360 102X Avenue SW <br> Killdeer, ND 58640-9301 <br> Number, Street, City, State & ZIP Code | PO Box 720 <br> Killdeer, ND 58640 <br> P.O. Box, Number, Street, City, State & ZIP Code |
| Dunn <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)   https://www.twinfallsoilservice.com/

6.  **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Twin Falls Oil Service, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

3533

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

| Debtor | Twin Falls Oil Service, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

---

**11. Why is the case filed in this district?**　*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

  - ☐ It needs to be physically secured or protected from the weather.

  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  - ☐ Other _____

  **Where is the property?** _____
  　　　　　　　　　　　Number, Street, City, State & ZIP Code

  **Is the property insured?**

  - ☐ No
  - ☐ Yes.　Insurance agency _____
  　　　　　Contact name _____
  　　　　　Phone _____

---

██ **Statistical and administrative information**

**13. Debtor's estimation of available funds**　*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Twin Falls Oil Service, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  December 11, 2024
MM / DD / YYYY

**X** /s/ Jeffery L. Jacobson
Signature of authorized representative of debtor

Jeffery L. Jacobson
Printed name

Title  President

**18. Signature of attorney**

**X** /s/ Steven R. Kinsella
Signature of attorney for debtor

Date  December 11, 2024
MM / DD / YYYY

Steven R. Kinsella 09514
Printed name

Fredrikson & Byron, P.A.
Firm name

60 South 6th Street, Suite 1500
Minneapolis, MN 55402
Number, Street, City, State & ZIP Code

Contact phone  612.492.7000    Email address  skinsella@fredlaw.com

09514 ND
Bar number and State

**Fill in this information to identify the case:**

Debtor name   Twin Falls Oil Service, LLC

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  December 11, 2024    **X** /s/ Jeffery L. Jacobson
                                       Signature of individual signing on behalf of debtor

                                       Jeffery L. Jacobson
                                        Printed name

                                        President
                                        Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Twin Falls Oil Service, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NORTH DAKOTA |
| Case number (if known): | _____ |

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Badlands Aggregate Inc PO Box 364 Starbuck, MN 56381 | Milo Holte miloholte@gmail.com 320-761-9993 | Business Debt: Goods and/or Services | | | | $7,492.27 |
| Blue Cross Blue Shield of North Dakota PO Box 857668 Minneapolis, MN 55485-7668 | | Business Debt: Goods and/or Services | | | | $34,752.63 |
| Brady, Martz & Associates, PC 2257 3rd Ave W Dickinson, ND 58601-2605 | Devin Schwanz devin.schwanz@bradymartz.com 701-483-6000 | Business Debt: Goods and/or Services | | | | $13,307.68 |
| Dolezal Pit LLC 761  98th Ave SW Dunn Center, ND 58626 | Shane Dozal 701-290-0944 | Business Debt: Goods and/or Services | | | | $9,331.20 |
| East End Towing PO Box 183 Dickinson, ND 58601 | Rick Kleinwaechter rickeastend@ndsupernet.com 701-225-4206 | Business Debt: Goods and/or Services | | | | $6,022.50 |
| ENS Welding Service 724 High St SE Killdeer, ND 58640 | Eric Gabbert 208-670-0538 | Business Debt: Goods and/or Services | | | | $8,916.23 |
| Flatland Freshwater Depot LLC Tyler Flatland 4391 115th Ave NW Watford City, ND 58854 | Tyler Flatland | Business Debt: Goods and/or Services | | | | $17,119.50 |

Debtor   Twin Falls Oil Service, LLC
        Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gregory Water & Energy Inc 484 114U Ave SW Dickinson, ND 58601 | Leroy Gregory 701-260-2103 | Business Debt: Goods and/or Services | | | | $8,709.50 |
| Kovash & Dasovick, PC 148 West 1st St Dickinson, ND 58601-5108 | Dan Kovash dankovash@hotmail.com 701-483-1156 | Business Debt: Goods and/or Services | | | | $25,822.24 |
| Lytx, Inc PO Box 849972 Los Angeles, CA 90084-9972 | | Business Debt: Goods and/or Services | | | | $24,743.69 |
| OK Tire 2224 Main Ave Fargo, ND 58103 | | Business Debt: Goods and/or Services | | | | $7,108.36 |
| OMNI Dispatch LLC 1878 W 12600 S #318 Riverton, UT 84065 | Mike Carter michael.carter@omnidispatchusa.com 866-561-5540 ext 113 | Business Debt: Goods and/or Services | | | | $38,250.00 |
| Prairie Auto Parts 1829 5th Ave Belle Fourche, SD 57717 | | Business Debt: Goods and/or Services | | | | $13,713.96 |
| RDO Truck Centers 13924 Valley Ridge Dr Omaha, NE 68138 | | Business Debt: Goods and/or Services | | | | $17,918.02 |
| Smart Computers and Consulting 26 West Villard Dickinson, ND 58601 | Jeremy Berger jberger@realsmart1.com 701-483-7075 | Business Debt: Goods and/or Services | | | | $12,460.92 |
| Smithies Hotshot Service LLC 11085 32nd Street SW Dickinson, ND 58601 | | Business Debt: Goods and/or Services | | | | $12,681.11 |
| TEAM Professional Services, Inc PO Box 649202 Dallas, TX 75264 | | Business Debt: Goods and/or Services | | | | $6,951.95 |
| West Dakota Water LLC PO Box 95299 Grapevine, TX 76099-9702 | | Business Debt: Goods and/or Services | | | | $61,386.34 |

Debtor   Twin Falls Oil Service, LLC
_____
Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Western Choice Coop 200 Rodeo Dr Killdeer, ND 58640 | Jade Ziman  jziman@killdeercoop.com 701-764-7470 | Business Debt: Goods and/or Services | | | | $118,218.21 |
| Winzer PO Box 208933 Dallas, TX 75320-8933 | | Business Debt: Goods and/or Services | | | | $19,407.75 |

**United States Bankruptcy Court**
**District of North Dakota**

In re   Twin Falls Oil Service, LLC

Debtor(s)

Case No.

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   December 11, 2024

/s/ Jeffery L. Jacobson

Jeffery L. Jacobson/President
Signer/Title

A & I Distributors
PO Box 1999
Billings, MT 59103-1999

Airgas USA LLC
PO Box 734445
Chicago, IL 60673-4445

Aramark
PO Box 101179
Pasadena, CA 91189-1179

ASWS, LLC dba Hamlin Water
NW 6342
PO Box 1450
Minneapolis, MN 55485-6342

AW Diesel Service
PO Box 257
Gwinner, ND 58040

Axiom Medical
PO Box 207282
Dallas, TX 75320-7282

B & B Septic Services, Inc
3604 North Hwy 7
Baker, MT 59313

Badlands Aggregate Inc
PO Box 364
Starbuck, MN 56381

Balboa Capital Corporation
575 Anton Blvd 12th Floor
Costa Mesa, CA 92626

Bell Bank
15490 101st Avenue N Suite 200
Maple Grove, MN 55369

Blue Cross Blue Shield of North Dakota
PO Box 857668
Minneapolis, MN 55485-7668

BMO Harris Bank N.A.
PO Box 35707
Billings, MT 59107

Bosch Lumber - Killdeer
PO Drawer 396
Killdeer, ND 58640-0396

Brady, Martz & Associates, PC
2257 3rd Ave W
Dickinson, ND 58601-2605

Cat Commercial Invoice Card
Dept 30 - 2004310609
Louisville, KY 40290-1036

Certified Power, Inc
PO Box 856298
Minneapolis, MN 55485-6298

CIT Bank, N.A.
10201 Centurion Parkway North, Suite 100
Jacksonville, FL 32256

City of Killdeer
PO Box 270
Killdeer, ND 58640

Consolidated Telecom
PO Box 1408
Dickinson, ND 58602-1408

CT Corporation System
Att: SPRS
330 N Brand Blvd, Suite 700
Glendale, CA 91203

Custom Design, Inc
1441 W Villard
Dickinson, ND 58601

Dakota Tool & Machine Inc
829 E Villard St
Dickinson, ND 58601

DC Aggregate
PO Box 1333
Sidney, MT 59270

De Lage Landen Financial Services, Inc.
1111 Old Ealge School Road
Wayne, PA 19087

Diamond B Oilfield Trucking, Inc
PO Box 567
Plentywood, MT 59254

Diamond Truck Equipment
PO Box 87
Dickinson, ND 58601

Dolezal Pit LLC
761 98th Ave SW
Dunn Center, ND 58626

East End Towing
PO Box 183
Dickinson, ND 58601

ENS Welding Service
724 High St SE
Killdeer, ND 58640

Etterman Sales LLC / JAE Enterprises
1350 Hillview Forest Rd
East Gull Lake, MN 56402

EVCO Petroleumn Products, Inc.
PO Box 1726
Detroit Lakes, MN 56502-1726

Fidelity Security Life
Attn: Accounts Receivable
PO Box 842531
Los Angeles, CA 90084-2531

First International Bank & Trust
1600 S Broadway
Minot, ND 58701

Five Star Leasing LLC
320 N Jackson Street
Helena, MT 59601

Five Star Leasing, LLC
PO Box 909
Helena, MT 59624

Flatland Freshwater Depot LLC
Tyler Flatland
4391 115th Ave NW
Watford City, ND 58854

FS Solutions
PO Box 200215
Dallas, TX 75320-0215

Full Throttle Trucking
PO Box 404
Wright, WY 82732

Gregory Water & Energy Inc
484 114U Ave SW
Dickinson, ND 58601

Horizon  Development
PO Box 4024
Bismarck, ND 58502

Horizon  Oilfield  Services
1525 Bioscience Dr
Worthington, MN 56187

Internal  Revenue  Service
PO Box 7346
Philadelphia, PA 19101-7346

Jeffery  L.  Jacobson
PO Box 720
Killdeer, ND 58640

Killdeer  Area  Ambulance
PO Box 974
Mandan, ND 58554

Kovash  &  Dasovick,  PC
148 West 1st St
Dickinson, ND 58601-5108

KT  Enterprises,  LLC
PO Box 581
Watford City, ND 58854

Little  Knife  Disposal,  LLC
11921 Highway 200
Killdeer, ND 58640

Lund  Oil,  Inc
3605 4th Ave NE
Watford City, ND 58854-7001

Lytx,  Inc
PO Box 849972
Los Angeles, CA 90084-9972

Marlin  Business  Bank
2795 E Cottonwood Parkway
Salt Lake City, UT 84121

MGM  Rural  Sanitation,  LLC
PO Box 261
Dickinson, ND 58602-0261

Moon  River  Field  Services  LLC
169 90th Ave SW
Halliday, ND 58636

ND DOT, Motor  Vehicle  Div
PO Box 2552
Bismarck, ND 58505-2552

Nelson Contracting LLC
1504 12th Street NE
Watford City, ND 58854

North Dakota One Call
c/o One Call Concepts
7223 Parkway Drive, Suite 210
Hanover, MD 21076

Northern Heavy Duty Truck Parts
PO Box 918
Watford City, ND 58854

Northern Pump & Compression, Inc.
PO Box 1497
Watford City, ND 58854

O'Day Equipment, LLC
PO Box 2706
Fargo, ND 58108

Office of State Tax Commissioner
600 E. Boulevard Ave
Bismarck, ND 58505-0599

OK Tire
2224 Main Ave
Fargo, ND 58103

OMNI Dispatch LLC
1878 W 12600 S #318
Riverton, UT 84065

Patriot Diesel Service
2503 East Fox Farm Road
Cheyenne, WY 82007

Polar Service Center
PSC Custom LLC
PO Box 735289
Chicago, IL 60673-5289

Prairie Auto Parts
1829 5th Ave
Belle Fourche, SD 57717

Quick Bridge Funding LLC
c/o National Funding Inc.
Attention Legal Department
4380 La Jolla Village Drive
San Diego, CA 92122

R & B Tire Inc
PO Box G
Wright, WY 82732

Ray's Auto Electric, Inc
2585 4th St E
Dickinson, ND 58601

RDO Truck Centers
13924 Valley Ridge Dr
Omaha, NE 68138

Roughrider Disposal, LLC
PO Box 820
Dickinson, ND 58602

Roughrider Septic
2157 3rd St W
Dickinson, ND 58601

Samson MCA LLC
17 State Street, 6th Floor
New York, NY 10004

Satellite Logistics LLC
3345 Stephanie Dr
Dickinson, ND 58601

SM Fencing & Energy Services, Inc
11074 32E St SW
Dickinson, ND 58601

Smart Computers and Consulting
26 West Villard
Dickinson, ND 58601

Smithies Hotshot Service LLC
11085 32nd Street SW
Dickinson, ND 58601

Syndicate Energy Services, LLC
1100 4th Ave NE
Watford City, ND 58854

TEAM Professional Services, Inc
PO Box 649202
Dallas, TX 75264

Total Safety U.S. Inc
PO Box 654171
Dallas, TX 75265-4171

TTK Enterprises, LLC
2308 17th Ave SE
PO Box 82
Watford City, ND 58854

Veriforce
PO Box 843429
Dallas, TX 75284-3429

VFS US LLC
PO Box 26131
Greensboro, NC 27402

West Dakota Water LLC
PO Box 95299
Grapevine, TX 76099-9702

Western Area Water Supply
PO Box 2343
Williston, ND 58802-2343

Western Choice Coop
200 Rodeo Dr
Killdeer, ND 58640

WEX Bank
PO Box 4337
Carol Stream, IL 60197-4337

Winzer
PO Box 208933
Dallas, TX 75320-8933