**Fill in this information to identify the case:**

Debtor name    Twin Falls Oil Service, LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)    24-30525

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................................   $    0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................   $    5,722,736.58

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................   $    5,722,736.58

---

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................   $    5,520,202.35

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................................   $    1,543,906.66

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$    556,019.85

4.   Total liabilities ......................................................................................
   Lines 2 + 3a + 3b    $    7,620,128.86

**Fill in this information to identify the case:**

Debtor name    Twin Falls Oil Service, LLC

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known)   24-30525

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $0.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First International Bank and Trust | Checking (main operating account) | 5177 | $81,876.60 |
| 3.2. | First International Bank and Trust | Checking (additional operating account) | 2555 | $3,143.10 |
| 3.3. | Dakota Community Bank and Trust | Checking (secondary operating account) | 6275 | $5,896.27 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$90,915.97

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**

Debtor    Twin Falls Oil Service, LLC                                    Case number *(If known)*  24-30525
_____Name_____

Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1.    Dixon Insurance _____    $42,941.55

---

9.    **Total of Part 2.**                                                    $42,941.55
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    1,100,636.21    -    0.00    = ....    $1,100,636.21
_____face amount_____          _____doubtful or uncollectible accounts_____

11b. Over 90 days old:    50,028.85    -    19,151.00    =....    $30,877.85
_____face amount_____          _____doubtful or uncollectible accounts_____

---

12.    **Total of Part 3.**                                                    $1,131,514.06
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Debtor    Twin Falls Oil Service, LLC
_____
Name

Case number *(If known)*  24-30525

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Medium 3 drawer desk; Large Shop Desk; Desk w/crendenza; Desk; Executive Desk; Conference Room Table; Office Chairs; Office stationary chairs; Folding Office chairs; Folding Tables; Computer risers; 1 Medium 4 Drawer Filing Cabinet; Small 2 Drawer Filing Cabinets; Small Wooden 2 drawer cabinet; Long Wooden 2 Drawer Filing Cabinets; Bookshelf; Small Desk; Old Wooden Desk; and Couch | $0.00 | Comparable sale | $4,585.00 |
| 40. **Office fixtures** 4 Drawer Filing Cabinets; Storage Cabinet; Metal Racks; Refrigerators; Microwave; Misc Office Supplies Calculators, Staples, tape dispensers, and ink etc. | $0.00 | Comparable sale | $4,790.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computer; Laptop Computers; Telephones; Monitors; Printer/fax/scanner; Printers; Scanners; and Shredders | $0.00 | Comparable sale | $9,990.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $19,365.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  See attached list for owned and leased trucks and equipment | $0.00 | Comparable sale | $4,438,000.00 |

Debtor   Twin Falls Oil Service, LLC
Name

Case number *(If known)*  24-30525

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$4,438,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Lease rental located at: 360 102X Avenue SW, Killdeer, ND 58640 | Tenant | $0.00 | | $0.00 |
| 55.2.  Lease rental located at: 248 Alkali Way, Killdeer, ND 58640 | Tenant | $0.00 | | $0.00 |
| 55.3.  Lease rental located at: 212 Alkali Way, Killdeer, ND 58640 | Tenant | $0.00 | | $0.00 |
| 55.4.  Lease rental located at: 297 Alkali Way, Killdeer, ND 58640 | Tenant | $0.00 | | $0.00 |
| 55.5.  Lease rental located at: 309 Alkali Way, Killdeer, ND 58640 | Tenant | $0.00 | | $0.00 |

Debtor    Twin Falls Oil Service, LLC _____    Case number *(If known)*  24-30525
          Name

| | | | | |
|---|---|---|---|---|
| 55.6. | Lease rental located at: 357 Alkali Way, Killdeer, ND 58640 | Tenant | $0.00 | $0.00 |
| 55.7. | Lease rental located at: 132 104S Ave SW, Killdeer, ND 58640 | Tenant | $0.00 | $0.00 |
| 55.8. | Lease rental located at: 12262 38th St. NW, Watford City, ND 58854 | Tenant | $0.00 | $0.00 |
| 55.9. | Lease rental located at: 42nd St SE, Watford City, ND 58854 | Tenant | $0.00 | $0.00 |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71.  **Notes receivable**

Description (include name of obligor)

Note from Jeff Jacobson - $280,000    280,000.00 - 280,000.00 = $0.00
                                      Total face amount    doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Debtor  Twin Falls Oil Service, LLC                                    Case number *(If known)*  24-30525
_____
Name

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit
     has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**                                                                          | $0.00 |

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Debtor    Twin Falls Oil Service, LLC
Name

Case number *(If known)*  24-30525

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $90,915.97 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $42,941.55 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,131,514.06 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $19,365.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,438,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,722,736.58 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,722,736.58 |

**Attachment A/B, Part 8: #47**

## TWIN FALLS OIL SERVICE EQUIPMENT LIST

### PICKUPS/TRAILERS

| Owner | Name | Serial Number | Year | Make | Model | CURRENT MARKET VALUE |
|-------|------|---------------|------|------|-------|----------------------|
| Twin Falls Oil Service LLC | P-01 | 3C63R3ML9NG102271 | 2022 | DODGE | 3500 | 65000 |
| Twin Falls Oil Service LLC | P-02 | 3C63D3ML0CG245346 | 2012 | DODGE | 3500 | 18000 |
| Twin Falls Oil Service LLC | P-03 | 1GCSKPE05AZ250576 | 2010 | CHEVROLET | 1500 | 8000 |
| Twin Falls Oil Service LLC | P-04 | 1FTFX1EF7BFB86953 | 2011 | FORD | F150 | 8000 |
| Twin Falls Oil Service LLC | P-05 | 1GC4K0C89CF243188 | 2012 | CHEVROLET | K3500 | 23000 |
| Twin Falls Oil Service LLC | P-07 | 3C7WR9CL1JG136664 | 2018 | DODGE | 3500 FLATBED | 40000 |
| Twin Falls Oil Service LLC | P-08 | 3C7WR9CL9JG188723 | 2018 | DODGE | 3500 FLATBED | 40000 |
| Twin Falls Oil Service LLC | P-10 | 1GBE5C1234F512948 | 2004 | CHEVROLET | 5500 SERVICE BODY | 9000 |
| Twin Falls Oil Service LLC | P-11 | 1FD7X2B67BEC42003 | 2011 | FORD | F250 SERVICE BODY | 15000 |
| Twin Falls Oil Service LLC | P-13 | 1GT5K0BG4AZ215274 | 2010 | GMC | 1500 | 8000 |
| Twin Falls Oil Service LLC | | 4P5FD362XC1163641 | 2012 | PJ Trailer MFG | Gooseneck Trailer | 12000 |
| Twin Falls Oil Service LLC | | 4P5CH202152063208 | 2005 | PJ Trailer MFG | Bumper Hitch Carhauler | 4500 |
| Twin Falls Oil Service LLC | | 1F9M1TB24DD413054 | 2013 | MIDWEST IND | 500N | 5000 |
| Twin Falls Oil Service LLC | | 4P5TJ2229L1320183 | 2020 | PJ TRAILER | TJ222 | 6000 |
| | | | | | | $           261,500.00 |

### SEMI TRACTORS

| Owner | Name | Serial Number | Year | Make | Model | VALUE |
|-------|------|---------------|------|------|-------|-------|
| Twin Falls Oil Service LLC | 2 | 1XKADB9X0VR755791 | 1997 | Kenworth | 3 AXLE | 2000 |
| Twin Falls Oil Service LLC | 4 | 4V4K99EJ6FN911762 | 2015 | VOLVO VHD | 4 AXLE | 50000 |
| Twin Falls Oil Service LLC | 6 | 4V4K99EJ2FN911841 | 2015 | VOLVO VHD | 4 AXLE | 50000 |
| Twin Falls Oil Service LLC | 26 | 4V4K99EJ1FN922670 | 2015 | VOLVO VHD | 4 AXLE | 50000 |
| Twin Falls Oil Service LLC | 30 | 4V4KC9EJ4KN196184 | 2019 | VOLVO VHD | 4 AXLE | 75000 |
| Twin Falls Oil Service LLC | 32 | 4V4KC9EJ6KN196185 | 2019 | VOLVO VHD | 4 AXLE | 75000 |
| Twin Falls Oil Service LLC | 38 | 4V4KC9EJ6KN211210 | 2019 | VOLVO VHD | 4 AXLE | 75000 |
| Twin Falls Oil Service LLC | 39 | 5KJJALDR7CPBM5503 | 2012 | Western Star | 4 AXLE | 40000 |
| Twin Falls Oil Service LLC | 42 | 1FUJA6AVX4PM22121 | 2004 | Freightliner | 3 AXLE | 35000 |
| Twin Falls Oil Service LLC | 43 | 1FUJA6CK77LX09706 | 2007 | Freightliner | 3 AXLE | 1000 |
| Twin Falls Oil Service LLC | 45 | 4V4KG9EJ4LN248709 | 2020 | VOLVO VHD | 4 AXLE | 85000 |
| Twin Falls Oil Service LLC | 46 | 4V4KG9EJ0LN248710 | 2020 | VOLVO VHD | 4 AXLE | 85000 |
| Twin Falls Oil Service LLC | 48 | 4V4KG9EJ3LN248958 | 2020 | VOLVO VHD | 4 AXLE | 85000 |
| Twin Falls Oil Service LLC | 49 | 4V4KG9EJ1LN248957 | 2020 | VOLVO VHD | 4 AXLE | 85000 |
| Twin Falls Oil Service LLC | 50 | 4V4KG9EJ1LN248960 | 2020 | VOLVO VHD | 4 AXLE | 85000 |
| Twin Falls Oil Service LLC | 51 | 4V4KG9EJ3LN248961 | 2020 | VOLVO VHD | 4 AXLE | 85000 |
| Twin Falls Oil Service LLC | 52 | 4V4KG9EJ5LN248962 | 2020 | VOLVO VHD | 4 AXLE | 85000 |
| Twin Falls Oil Service LLC | 53 | 4V4KG9EJ2PN617976 | 2023 | VOLVO VHD | 4 AXLE | 155000 |
| Twin Falls Oil Service LLC | 54 | 4V4KG9EJ6PN617978 | 2023 | VOLVO VHD | 4 AXLE | 155000 |
| Twin Falls Oil Service LLC | 55 | 4V4KG9R8PN617979 | 2023 | VOLVO VHD | 4 AXLE | 155000 |
| Twin Falls Oil Service LLC | 56 | 4V4KG9EJ4PN617977 | 2023 | VOLVO VHD | 4 AXLE | 155000 |
| Twin Falls Oil Service LLC | 57 | 1FUNGLDR2CSBP8718 | 2012 | FREIGHTLINER | CASCADIA | 35000 |
| Twin Falls Oil Service LLC | 58 | 3AKNGLD15FSGM8995 | 2015 | FREIGHTLINER | CASCADIA | 5000 |
| Twin Falls Oil Service LLC | 59 | 3AKNGLD19FSGM8997 | 2015 | FREIGHTLINER | CASCADIA | 45000 |
| Twin Falls Oil Service LLC | 62 | 4V4KG9EJ8RN646398 | 2024 | VOLVO VHD | 4 AXLE | 155000 |
| Twin Falls Oil Service LLC | 63 | 4V4KG9EJ8RN646396 | 2024 | VOLVO VHD | 4 AXLE | 155000 |
| Twin Falls Oil Service LLC | 64 | 4V4KG9EJ2RN646400 | 2024 | VOLVO VHD | 4 AXLE | 155000 |
| Twin Falls Oil Service LLC | 67 | 1XPFDT9X67D669732 | 2007 | Peterbuilt | | 10000 |
| Twin Falls Oil Service LLC | 2002 | 1NKDX7EX1DJ352644 | 2013 | KENWORTH T800 | HYDROVAC | 70000 |
| Twin Falls Oil Service LLC | 2004 | 1NKDX4EX5FR452717 | 2015 | KENWORTH T800 | HYDROVAC | 245000 |
| Twin Falls Oil Service LLC | 2005 | 1NKDX4EX7FR452718 | 2015 | KENWORTH T800 | HYDROVAC | 245000 |
| Twin Falls Oil Service LLC | 2006 | 5KKPAEFG7KPKS6655 | 2019 | Western Star | HYDROVAC | 320000 |
| Twin Falls Oil Service LLC | 3001 | 1XKDDB0X03J970447 | 2003 | KENWORTH T800 | WINCH TRUCK | 55000 |
| Twin Falls Oil Service LLC | 3002 | 1XKDF4EX3CR308519 | 2012 | KENWORTH T800 | WINCH TRUCK | 125000 |
| Twin Falls Oil Service LLC | 3003 | 1XKDP4EX0DR360952 | 2013 | KENWORTH T800 | WINCH TRUCK | 155000 |
| Twin Falls Oil Service LLC | 3004 | 1XKWPBEXX7RL99298 | 2007 | KENWORTH W900 | WINCH TRUCK | 75000 |
| | | | | | | $         3,518,000.00 |

### SEMI TRAILERS

| Owner | Name | Serial Number | Year | Make | Model | Capacity | VALUE |
|-------|------|---------------|------|------|-------|----------|-------|
| Twin Falls Oil Service LLC | 301 | 1G9VT4020DH018534 | 2013 | Galyeon | VAC | 165 | 30000 |
| Twin Falls Oil Service LLC | 302 | 1T9TA4530FR719719 | 2015 | Troxell | VAC | 185 | 34000 |
| Twin Falls Oil Service LLC | 303 | 1T9TA4536FR719773 | 2015 | Troxell | VAC | 185 | 34000 |

| Owner | | Serial Number | Year | Make | Model | Capacity | VALUE |
|---|---|---|---|---|---|---|---|
| Twin Falls Oil Service LLC | 305 | 1T9TA4536ER719321 | 2015 | Troxell | VAC | 185 | 34000 |
| Twin Falls Oil Service LLC | 307 | 1T9TA524XER719017 | 2014 | Troxell | VAC | 200 | 30000 |
| Twin Falls Oil Service LLC | 308 | 1UNST5340DS128114 | 2014 | Dragon | VAC | 200 | 30000 |
| Twin Falls Oil Service LLC | 311 | 4C9C5TD23BS289004 | 2011 | Reitnouer | VAC | 170 | 45000 |
| Twin Falls Oil Service LLC | 314 | 1J9AS4633CA194128 | 2011 | ARTC | VAC | 180 | 24000 |
| Twin Falls Oil Service LLC | 316 | 1G9VT4020BH017977 | 2011 | Galyeon | VAC | 165 | 28000 |
| Twin Falls Oil Service LLC | 317 | 1D9ST422XCU661907 | 2012 | DRAGON | VAC | 130 | 15000 |
| Twin Falls Oil Service LLC | 601 | 1R9BSB604VL008710 | 1997 | RANCO | BELLY DUMP | 25 | 12000 |
| Twin Falls Oil Service LLC | 602 | 1TKSC433X8W092975 | 1997 | TRAIL KING | BELLY DUMP | 30 | 22000 |
| Twin Falls Oil Service LLC | 603 | 1B4B38338V4121375 | 2008 | LOAD KING | BELLY DUMP | 30 | 19000 |
| Twin Falls Oil Service LLC | 604 | IA041559 | 1993 | R-WAY | BELLY DUMP | 30 | 14000 |
| Twin Falls Oil Service LLC | 605 | 1H4H04026NJ000404 | 1992 | FRUEHAUF | BELLY DUMP | 30 | 12000 |
| Twin Falls Oil Service LLC | 606 | 1B4B38334R1118433 | 1994 | LOAD KING | BELLY DUMP | 30 | 14000 |
| Twin Falls Oil Service LLC | 607 | 1R9BS4231WL168361 | 1999 | R-WAY | BELLY DUMP | 30 | 19000 |
| Twin Falls Oil Service LLC | 609 | 1R9BSB607TL008052 | 1996 | RANCHO | BELLY DUMP | 25 | 12000 |
| Twin Falls Oil Service LLC | 701 | 1H4P04528EF013601 | 1983 | FRUEHAUF | FLAT BED | 0 | 10000 |
| Twin Falls Oil Service LLC | 702 | 1R1F248291K510367 | 2001 | RAVENS | FLAT BED | 0 | 16000 |
| Twin Falls Oil Service LLC | 751 | 1TTE532S5C3730730 | 2012 | TRANSCRAFT | 53' STEP DECK BEAVER TAIL | | 22000 |
| Twin Falls Oil Service LLC | 752 | 1TTE48035SC3545558 | 2012 | TRANSCRAFT | 45' STEP DECK | | 18000 |
| Twin Falls Oil Service LLC | 753 | 1N9DD513X76175482 | 2007 | TRANSCRAFT | 45' STEP DECK | | 15000 |
| Twin Falls Oil Service LLC | 756 | 5JYDF5329CP120533 | 2012 | PITTS | 53' STEP DECK BEAVER TAIL | | 22500 |
| Twin Falls Oil Service LLC | 800 | 79175482 | | | 40 TON TAIL ROLL | | 15000 |
| Twin Falls Oil Service LLC | 5502 | 1DW1A532X7E003538 | 2007 | STOUGHTON | 53' DRY VAN | | 5000 |

|  | $ | 551,500.00 |
|---|---|---|

## MISC EQUIPMENT

| Owner | Name | Serial Number | Year | Make | Model | Capacity | VALUE |
|---|---|---|---|---|---|---|---|
| Twin Falls Oil Service LLC | | CAT0930GVTWR01640 | 2006 | CAT | 930G Loader | | 45000 |
| Twin Falls Oil Service LLC | | | 2016 | John Deere | Skidsteer | | 35000 |
| Twin Falls Oil Service LLC | | | | Milller | Welder | | 4500 |
| Twin Falls Oil Service LLC | | | | Quincy | Air Compressor | | 2000 |
| Twin Falls Oil Service LLC | | | | | Air Compressor | | 1500 |
| Twin Falls Oil Service LLC | | | | | Air Compressor | | 1000 |
| Twin Falls Oil Service LLC | | | | | Shed | | 6000 |
| Twin Falls Oil Service LLC | | | | | Shipping Container | | 4000 |
| Twin Falls Oil Service LLC | | | | | Shipping Container | | 4000 |
| Twin Falls Oil Service LLC | | | | | Shipping Container | | 4000 |

|  | $ | 107,000.00 |
|---|---|---|

**Total** **$**    4,438,000.00

**Attachment A/B, Part 8: #47**
**Leased Equipment**

| Owner | LEASE NUMBER | Serial Number | Year | Make | Model | LEASE PAYMENT | EQUIPMENT VALUE |
|---|---|---|---|---|---|---|---|
| 5 STAR LEASING | 1793 | *5330 | 2008 | Aspen | WINCH TRAILER | $ 493.00 | $ 45,000.00 |
| 5 STAR LEASING | 1794 | *5331 | 2008 | Aspen | WINCH TRAILER | $ 493.00 | $ 45,000.00 |
| 5 STAR LEASING | 1795 | *5299 | 1997 | Gerry's | WINCH TRAILER | $ 240.00 | $ 40,000.00 |
| 5 STAR LEASING | 1796 | *9023 | 2014 | PJ | WINCH TRAILER | $ 117.00 | $ 18,000.00 |
| 5 STAR LEASING | 1842 | *9717 | 2019 | Dragon | TANKER | $ 293.00 | $ 35,000.00 |
| 5 STAR LEASING | 1843 | *9718 | 2019 | Dragon | TANKER | $ 293.00 | $ 35,000.00 |
| 5 STAR LEASING | 1844 | *5028 | 2013 | Precision | SIDE DUMP | $ 200.00 | $ 55,000.00 |
| 5 STAR LEASING | 1845 | *8890 | 2013 | Ford | PICKUP | $ 200.00 | $ 30,000.00 |
| 5 STAR LEASING | 1846 | *0948 | 2014 | B&B | GOOSENECK DUMP TRAILER | $ 58.00 | $ 18,000.00 |
| 5 STAR LEASING | 1889 | *0434 | 2024 | Midland | SIDE DUMP | $ 583.00 | $ 93,000.00 |
| 5 STAR LEASING | 1890 | *0435 | 2024 | Midland | SIDE DUMP | $ 583.00 | $ 93,000.00 |
| 5 STAR LEASING | 1891 | *6273 | 2015 | Freightliner | TRACTOR | $ 309.00 | $ 35,000.00 |
| 5 STAR LEASING | 1892 | *6274 | 2015 | Freightliner | TRACTOR | $ 309.00 | $ 10,000.00 |
| 5 STAR LEASING | 1060 | *4509 | 2013 | Accel | TANKER | $ 300.00 | $ 28,000.00 |
| 5 STAR LEASING | 1902 | *4878 | 2019 | Volvo | TRACTOR | $ 3,750.00 | $ 75,000.00 |
| 5 STAR LEASING | 1948 | *1562 | 2018 | CDFBT | STEPDECK TRAILER | $ 83.00 | $ 25,000.00 |
| 5 STAR LEASING | 1949 | *1561 | 2019 | CDFBT | STEPDECK TRAILER | $ 83.00 | $ 25,000.00 |
| 5 STAR LEASING | 1333 | *7123 | 2019 | Volvo | TRACTOR | $ 3,075.00 | $ 75,000.00 |
| TF HOLDINGS LLC | 5501 | 1M1AN4GY1PM041054 | 2023 | MACK | TRACTOR | $ 3,500.00 | $ 155,000.00 |
| TF HOLDINGS LLC | 5502 | 1M1AN4GYXPM041053 | 2023 | MACK | TRACTOR | $ 3,500.00 | $ 155,000.00 |
| TF HOLDINGS LLC | 5503 | 1M1AN4GY3RM047604 | 2024 | MACK | TRACTOR | $ 3,500.00 | $ 155,000.00 |
| TF HOLDINGS LLC | 5504 | 1M1AN4GY0RM045308 | 2024 | MACK | TRACTOR | $ 3,500.00 | $ 155,000.00 |
| TF HOLDINGS LLC | 5501 | 1UYVS2532H3048013 | 2017 | UTILITY | 53' DRY VAN | $ 500.00 | $ 27,000.00 |
| TF HOLDINGS LLC | 5503 | 1UYVS253XJ3102809 | 2018 | UTILITY | 53' DRY VAN | $ 500.00 | $ 28,000.00 |
| TF HOLDINGS LLC | 5504 | 1UYVS2531J3266708 | 2018 | UTILITY | 53' DRY VAN | $ 500.00 | $ 28,000.00 |
| TF HOLDINGS LLC | 5505 | 1UYVS2537J3266714 | 2018 | UTILITY | 53' DRY VAN | $ 500.00 | $ 28,000.00 |

**Fill in this information to identify the case:**

Debtor name   Twin Falls Oil Service, LLC

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known)   24-30525

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **Balboa Capital Corporation**<br>Creditor's Name<br><br>575 Anton Blvd 12th Floor<br>Costa Mesa, CA 92626<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>2007 Peterbilt Conventional 378 T/A Sleeper Truck Tractor and 2007 Kenworth W900 Crane Truck | $133,138.01 | $85,000.00 |

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
October 1, 2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2**  **Bell Bank**<br>Creditor's Name<br>15490 101st Avenue N Suite 200<br>Maple Grove, MN 55369<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>2024 Volvo VHD84FT300 Daycab Semi Tractor | $147,346.82 | $155,000.00 |

**Describe the lien**
Promissory Note
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
May 16, 2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor     Twin Falls Oil Service, LLC
_____
Name

Case number (if known)     24-30525

---

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Bell Bank | | $0.00 | $0.00 |

**Creditor's Name**

15490 101st Avenue N Suite 200
Maple Grove, MN 55369
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Double bottom Oil truck/trailer

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | BMO Harris Bank N.A. | | $150,787.35 | $155,000.00 |

**Creditor's Name**

PO Box 35707
Billings, MT 59107
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
2001

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2024 Volvo VHD84FT Daycab Semi Tractor

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | CIT Bank, N.A. | | $0.00 | $15,000.00 |

**Creditor's Name**

10201 Centurion Parkway North, Suite 100
Jacksonville, FL 32256
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2012 Dragon All Aluminum Crude Hauler

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
■ No

---

Debtor    Twin Falls Oil Service, LLC _____     Case number (if known)    24-30525
_____
Name

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
December 17, 2021    ☐ No
**Last 4 digits of account number**    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
0898
**Do multiple creditors have an**
**interest in the same property?**    **As of the petition filing date, the claim is:**
Check all that apply
■ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.6 | CIT Bank, N.A. | **Describe debtor's property that is subject to a lien** | $166,876.60 | $245,000.00 |
|---|---|---|---|---|

Creditor's Name

10201 Centurion Parkway    2015 Kenworth T800 16CY Tri Drive Hydro Vac
North, Suite 100    Truck
Jacksonville, FL 32256
Creditor's mailing address

**Describe the lien**

Security Interest
**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known    ☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**    ■ No
July 31, 2021    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**
7611
**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its    ☐ Disputed
priority.

---

| 2.7 | CT Corporation System | **Describe debtor's property that is subject to a lien** | $0.00 | $5,722,736.58 |
|---|---|---|---|---|

Creditor's Name

Att: SPRS    All Future Accounts
330 N Brand Blvd, Suite 700
Glendale, CA 91203
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known    ☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**    ☐ No
March 3, 2024    ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

Debtor    Twin Falls Oil Service, LLC
_____
Name

Case number (if known)    24-30525
_____

---

**2.8**  De Lage Landen Financial Services, Inc.
Creditor's Name

1111 Old Ealge School Road
Wayne, PA 19087
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**
August 10, 2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $266,253.38    $320,000.00
2019 Western Star Truvac

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.9**  First International Bank & Trust
Creditor's Name

1600 S Broadway
Minot, ND 58701
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**
January 31, 2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $2,323,567.00    $0.00
All Assets

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
■ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10**  Marlin Business Bank
Creditor's Name

2795 E Cottonwood Parkway
Salt Lake City, UT 84121
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**    $29,325.96    $155,000.00
2013 Kenwood T800 Tri Drive Winch Tractor

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 6

Debtor    Twin Falls Oil Service, LLC
_____
Name

Case number (if known)    24-30525

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Quick Bridge Funding LLC** Creditor's Name | **Describe debtor's property that is subject to a lien** All assets and future receivables | $388,332.97 | $5,722,736.58 |
|---|---|---|---|---|

c/o National Funding Inc.
Attention Legal Department
4380 La Jolla Village Drive
San Diego, CA 92122
Creditor's mailing address

**Describe the lien**
Agreement

**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
March 13, 2024
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **Samson MCA LLC** Creditor's Name | **Describe debtor's property that is subject to a lien** Security interest in the Debtor's accounts receivable | $927,382.30 | $0.00 |
|---|---|---|---|---|

17 State Street, 6th Floor
New York, NY 10004
Creditor's mailing address

**Describe the lien**
Revenue Purchase Agreement

**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
April 7, 2023 & December 6, 2023
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **US Bank** | **Describe debtor's property that is subject to a lien** | $53,160.60 | $0.00 |
|---|---|---|---|---|

Debtor   Twin Falls Oil Service, LLC
_____
Name

Case number (if known)   24-30525
_____

Creditor's Name
_____

1310 Madid St Suite 101
Marshall, MN 56258-4002
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
_____

**Last 4 digits of account number**
_____

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

Hydovac Truck
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 4 | | | | |
|---|---|---|---|---|

**VFS US LLC**
_____
Creditor's Name

PO Box 26131
Greensboro, NC 27402
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
September 23, 2022
**Last 4 digits of account number**
_____

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**Describe debtor's property that is subject to a lien**      $934,031.36      $1,550,000.00
3 - 2020 Volvo Tractors; 4 - 2023 Volvo Tractors;
1 - 2024 Volvo Tractor
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $5,520,202.3 5 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Berkovitch & Bouskila PLLC<br>Ariel Bouskila<br>1545 US 202 Suite 101<br>Pomona, NY 10970 | Line  2.12 | |

**Fill in this information to identify the case:**

Debtor name: Twin Falls Oil Service, LLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known): 24-30525

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1**

Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,112,687.87

Priority amount: $1,112,687.87

Date or dates debt was incurred
May 10, 2024

Basis for the claim:
Federal Tax Lien

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2**

Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,547.08

Priority amount: $3,547.08

Date or dates debt was incurred
July 16, 2024

Basis for the claim:
Federal Tax Lien

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | Twin Falls Oil Service, LLC | Case number (if known) | 24-30525 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $427,671.71 | $427,671.71 |
|---|---|---|---|---|

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**October 29, 2024**

Basis for the claim:
**Federal Tax Lien**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Office of State Tax Commissioner**
600 E. Boulevard Ave
Bismarck, ND 58505-0599

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,007.33 |
|---|---|---|---|

**A & I Distributors**
PO Box 1999
Billings, MT 59103-1999

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $818.37 |
|---|---|---|---|

**Airgas USA LLC**
PO Box 734445
Chicago, IL 60673-4445

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,900.23 |
|---|---|---|---|

**Aramark**
PO Box 101179
Pasadena, CA 91189-1179

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Twin Falls Oil Service, LLC | Case number (if known) | 24-30525 |
|---|---|---|---|
| | Name | | |

---

**3.4**

**Nonpriority creditor's name and mailing address**

ASWS, LLC dba Hamlin Water
NW 6342
PO Box 1450
Minneapolis, MN 55485-6342

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No  ☐ Yes

$340.90

---

**3.5**

**Nonpriority creditor's name and mailing address**

AW Diesel Service
PO Box 257
Gwinner, ND 58040

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No  ☐ Yes

$1,340.72

---

**3.6**

**Nonpriority creditor's name and mailing address**

Axiom Medical
PO Box 207282
Dallas, TX 75320-7282

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No  ☐ Yes

$1,258.00

---

**3.7**

**Nonpriority creditor's name and mailing address**

B & B Septic Services, Inc
3604 North Hwy 7
Baker, MT 59313

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No  ☐ Yes

$4,940.00

---

**3.8**

**Nonpriority creditor's name and mailing address**

Badlands Aggregate Inc
PO Box 364
Starbuck, MN 56381

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No  ☐ Yes

$7,492.27

---

**3.9**

**Nonpriority creditor's name and mailing address**

Bosch Lumber - Killdeer
PO Drawer 396
Killdeer, ND 58640-0396

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No  ☐ Yes

$356.38

---

**3.10**

**Nonpriority creditor's name and mailing address**

Brady, Martz & Associates, PC
2257 3rd Ave W
Dickinson, ND 58601-2605

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No  ☐ Yes

$13,307.68

---

| Debtor | Twin Falls Oil Service, LLC | Case number (if known) | 24-30525 |
|---|---|---|---|
| | Name | | |

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.45

Cat Commercial Invoice Card
Dept 30 - 2004310609
Louisville, KY 40290-1036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,590.53

Certified Power, Inc
PO Box 856298
Minneapolis, MN 55485-6298

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $359.75

City of Killdeer
PO Box 270
Killdeer, ND 58640

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $579.86

Consolidated Telecom
PO Box 1408
Dickinson, ND 58602-1408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.24

Custom Design, Inc
1441 W Villard
Dickinson, ND 58601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,326.33

Dakota Tool & Machine Inc
829 E Villard St
Dickinson, ND 58601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $957.60

DC Aggregate
PO Box 1333
Sidney, MT 59270

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Twin Falls Oil Service, LLC | Case number (if known) | 24-30525 |
|---|---|---|---|
| | Name | | |

---

**3.18**

**Nonpriority creditor's name and mailing address**
Diamond B Oilfield Trucking, Inc
PO Box 567
Plentywood, MT 59254

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ☑ No ☐ Yes

$12.70

---

**3.19**

**Nonpriority creditor's name and mailing address**
Diamond Truck Equipment
PO Box 87
Dickinson, ND 58601

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ☑ No ☐ Yes

$4,984.23

---

**3.20**

**Nonpriority creditor's name and mailing address**
Dolezal Pit LLC
761  98th Ave SW
Dunn Center, ND 58626

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ☑ No ☐ Yes

$9,331.20

---

**3.21**

**Nonpriority creditor's name and mailing address**
East End Towing
PO Box 183
Dickinson, ND 58601

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ☑ No ☐ Yes

$6,022.50

---

**3.22**

**Nonpriority creditor's name and mailing address**
ENS Welding Service
724 High St SE
Killdeer, ND 58640

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ☑ No ☐ Yes

$8,916.23

---

**3.23**

**Nonpriority creditor's name and mailing address**
Etterman Sales LLC / JAE Enterprises
1350 Hillview Forest Rd
East Gull Lake, MN 56402

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ☑ No ☐ Yes

$5,463.44

---

**3.24**

**Nonpriority creditor's name and mailing address**
EVCO Petroleumn Products, Inc.
PO Box 1726
Detroit Lakes, MN 56502-1726

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ☑ No ☐ Yes

$1,427.58

---

| Debtor | Twin Falls Oil Service, LLC | | Case number (if known) | 24-30525 |
|---|---|---|---|---|
| | Name | | | |

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $496.39

Fidelity Security Life
Attn: Accounts Receivable
PO Box 842531
Los Angeles, CA 90084-2531

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Business Debt: Goods and/or Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17,119.50

Flatland Freshwater Depot LLC
Tyler Flatland
4391 115th Ave NW
Watford City, ND 58854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Business Debt: Goods and/or Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $808.34

FS Solutions
PO Box 200215
Dallas, TX 75320-0215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Business Debt: Goods and/or Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $396.67

Full  Throttle Trucking
PO Box 404
Wright, WY 82732

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Business Debt: Goods and/or Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,709.50

Gregory Water & Energy Inc
484 114U Ave SW
Dickinson, ND 58601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Business Debt: Goods and/or Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,100.00

Horizon Development
PO Box 4024
Bismarck, ND 58502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Business Debt: Goods and/or Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,210.00

Horizon Oilfield Services
1525 Bioscience Dr
Worthington, MN 56187

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Business Debt: Goods and/or Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Twin Falls Oil Service, LLC | Case number (if known) | 24-30525 |
|---|---|---|---|
| | Name | | |

---

**3.32**

**Nonpriority creditor's name and mailing address**
Killdeer Area Ambulance
PO Box 974
Mandan, ND 58554

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

$1,640.00

---

**3.33**

**Nonpriority creditor's name and mailing address**
Kovash & Dasovick, PC
148 West 1st St
Dickinson, ND 58601-5108

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

$25,822.24

---

**3.34**

**Nonpriority creditor's name and mailing address**
KT Enterprises, LLC
PO Box 581
Watford City, ND 58854

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

$37.50

---

**3.35**

**Nonpriority creditor's name and mailing address**
Little Knife Disposal, LLC
11921 Highway 200
Killdeer, ND 58640

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

$4,057.40

---

**3.36**

**Nonpriority creditor's name and mailing address**
Lund Oil, Inc
3605 4th Ave NE
Watford City, ND 58854-7001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

$361.40

---

**3.37**

**Nonpriority creditor's name and mailing address**
Lytx, Inc
PO Box 849972
Los Angeles, CA 90084-9972

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

$24,743.69

---

**3.38**

**Nonpriority creditor's name and mailing address**
MGM Rural Sanitation, LLC
PO Box 261
Dickinson, ND 58602-0261

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

$1,643.97

---

| Debtor | Twin Falls Oil Service, LLC | Case number (if known) | 24-30525 |
|--------|-----------------------------|------------------------|----------|
| | Name | | |

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,637.86**

Moon River Field Services LLC
169 90th Ave SW
Halliday, ND 58636

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$89.00**

ND DOT, Motor Vehicle Div
PO Box 2552
Bismarck, ND 58505-2552

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$314.46**

Nelson Contracting LLC
1504 12th Street NE
Watford City, ND 58854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33.00**

North Dakota One Call
c/o One Call Concepts
7223 Parkway Drive, Suite 210
Hanover, MD 21076

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Northern Heavy Duty Truck Parts
PO Box 918
Watford City, ND 58854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,346.48**

Northern Pump & Compression, Inc.
PO Box 1497
Watford City, ND 58854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$833.44**

O'Day Equipment, LLC
PO Box 2706
Fargo, ND 58108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Twin Falls Oil Service, LLC | Case number (if known) | 24-30525 |
|---|---|---|---|
| | Name | | |

**3.46** | Nonpriority creditor's name and mailing address
OK Tire
2224 Main Ave
Fargo, ND 58103

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No  ☐ Yes

$7,108.36

---

**3.47** | Nonpriority creditor's name and mailing address
OMNI Dispatch LLC
1878 W 12600 S #318
Riverton, UT 84065

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No  ☐ Yes

$38,250.00

---

**3.48** | Nonpriority creditor's name and mailing address
Patriot Diesel Service
2503 East Fox Farm Road
Cheyenne, WY 82007

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No  ☐ Yes

$33,574.83

---

**3.49** | Nonpriority creditor's name and mailing address
Polar Service Center
PSC Custom LLC
PO Box 735289
Chicago, IL 60673-5289

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No  ☐ Yes

$1,775.80

---

**3.50** | Nonpriority creditor's name and mailing address
Prairie Auto Parts
1829 5th Ave
Belle Fourche, SD 57717

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No  ☐ Yes

$13,713.96

---

**3.51** | Nonpriority creditor's name and mailing address
R & B Tire Inc
PO Box G
Wright, WY 82732

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No  ☐ Yes

$1,912.43

---

**3.52** | Nonpriority creditor's name and mailing address
Ray's Auto Electric, Inc
2585 4th St E
Dickinson, ND 58601

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No  ☐ Yes

$1,706.45

---

| Debtor | Twin Falls Oil Service, LLC | Case number (if known) | 24-30525 |
|---|---|---|---|
| | Name | | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,918.02 |
|---|---|---|---|

RDO Truck Centers
13924 Valley Ridge Dr
Omaha, NE 68138

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $471.00 |
|---|---|---|---|

Roughrider Disposal, LLC
PO Box 820
Dickinson, ND 58602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,565.00 |
|---|---|---|---|

Roughrider Septic
2157 3rd St W
Dickinson, ND 58601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,168.76 |
|---|---|---|---|

Satellite Logistics LLC
3345 Stephanie Dr
Dickinson, ND 58601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,961.00 |
|---|---|---|---|

SM Fencing & Energy Services, Inc
11074 32E St SW
Dickinson, ND 58601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,460.92 |
|---|---|---|---|

Smart Computers and Consulting
26 West Villard
Dickinson, ND 58601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,681.11 |
|---|---|---|---|

Smithies Hotshot Service LLC
11085 32nd Street SW
Dickinson, ND 58601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Twin Falls Oil Service, LLC | Case number (if known) | 24-30525 |
|---|---|---|---|
| | Name | | |

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $450.00

Syndicate Energy Services, LLC
1100 4th Ave NE
Watford City, ND 58854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,951.95

TEAM Professional Services, Inc
PO Box 649202
Dallas, TX 75264

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Total Safety U.S. Inc
PO Box 654171
Dallas, TX 75265-4171

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,750.40

TTK Enterprises, LLC
2308 17th Ave SE
PO Box 82
Watford City, ND 58854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,898.00

Veriforce
PO Box 843429
Dallas, TX 75284-3429

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $61,386.34

West Dakota Water LLC
PO Box 95299
Grapevine, TX 76099-9702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $885.20

Western Area Water Supply
PO Box 2343
Williston, ND 58802-2343

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt: Goods and/or Services

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Twin Falls Oil Service, LLC | Case number (if known) | 24-30525 |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118,218.21 |
|---|---|---|---|

Western Choice Coop
200 Rodeo Dr
Killdeer, ND 58640

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt: Goods and/or Services_

Is the claim subject to offset? ■ No  ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

WEX Bank
PO Box 4337
Carol Stream, IL 60197-4337

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt: Goods and/or Services_

Is the claim subject to offset? ■ No  ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,407.75 |
|---|---|---|---|

Winzer
PO Box 208933
Dallas, TX 75320-8933

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt: Goods and/or Services_

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Worthington & Schultz, P.C.<br>Attn: Andrew J. Schultz<br>PO Box 2087<br>Minot, ND 58702-2087 | Line _3.48_<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 1,543,906.66 |
| 5b. Total claims from Part 2 | 5b. + | $ 556,019.85 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,099,926.51 |

**Fill in this information to identify the case:**

Debtor name ___Twin Falls Oil Service, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NORTH DAKOTA___

Case number (if known) ___24-30525___

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Leased 2008 Aspen Winch Trailer - Serial # 5330 <br><br> State the term remaining — Ongoing <br><br> List the contract number of any government contract — _____ | Five Star Leasing LLC <br> 320 N Jackson Street <br> Helena, MT 59601 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — Leased 2008 Aspen Winch Trailer - Serial # 5331 <br><br> State the term remaining — Ongoing <br><br> List the contract number of any government contract — _____ | Five Star Leasing LLC <br> 320 N Jackson Street <br> Helena, MT 59601 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — Leased 2008 Aspen Winch Trailer - Serial # 5299 <br><br> State the term remaining — Ongoing <br><br> List the contract number of any government contract — _____ | Five Star Leasing LLC <br> 320 N Jackson Street <br> Helena, MT 59601 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — Leased 1997 Gerry's Winch Trailer - Serial # 5299 <br><br> State the term remaining — Ongoing <br><br> List the contract number of any government contract — _____ | Five Star Leasing LLC <br> 320 N Jackson Street <br> Helena, MT 59601 |

Debtor 1    Twin Falls Oil Service, LLC                                    Case number (*if known*)    24-30525
         First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2014 PJ Winch Trailer  - Serial # 9023 | |
|---|---|---|---|
| | State the term remaining | Ongoing | Five Star Leasing LLC<br>320 N Jackson Street<br>Helena, MT 59601 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2019 Dragon Tanker  - Serial # 9717 | |
|---|---|---|---|
| | State the term remaining | Ongoing | Five Star Leasing LLC<br>320 N Jackson Street<br>Helena, MT 59601 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2019 Dragon Tanker  - Serial # 9718 | |
|---|---|---|---|
| | State the term remaining | Ongoing | Five Star Leasing LLC<br>320 N Jackson Street<br>Helena, MT 59601 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2013 Precision Side Dump  - Serial # 5028 | |
|---|---|---|---|
| | State the term remaining | Ongoing | Five Star Leasing LLC<br>320 N Jackson Street<br>Helena, MT 59601 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2013 Ford Pickup  - Serial # 8890 | |
|---|---|---|---|
| | State the term remaining | Ongoing | Five Star Leasing LLC<br>320 N Jackson Street<br>Helena, MT 59601 |
| | List the contract number of any government contract | | |

Debtor 1   Twin Falls Oil Service, LLC                                    Case number (*if known*)   24-30525
       First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2014 B&B Gooseneck Dump Trailer - Serial # 0948 | |
|---|---|---|---|
| | State the term remaining | Ongoing | Five Star Leasing LLC |
| | List the contract number of any government contract | | 320 N Jackson Street Helena, MT 59601 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2024 Midland Side Dump  - Serial # 0434 | |
|---|---|---|---|
| | State the term remaining | Ongoing | Five Star Leasing LLC |
| | List the contract number of any government contract | | 320 N Jackson Street Helena, MT 59601 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2024 Midland Side Dump  - Serial # 0435 | |
|---|---|---|---|
| | State the term remaining | Ongoing | Five Star Leasing LLC |
| | List the contract number of any government contract | | 320 N Jackson Street Helena, MT 59601 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2015 Freightliner Tractor  - Serial # 6273 | |
|---|---|---|---|
| | State the term remaining | Ongoing | Five Star Leasing LLC |
| | List the contract number of any government contract | | 320 N Jackson Street Helena, MT 59601 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2015 Freightliner Tractor  - Serial # 6274 | |
|---|---|---|---|
| | State the term remaining | Ongoing | Five Star Leasing LLC |
| | List the contract number of any government contract | | 320 N Jackson Street Helena, MT 59601 |

| Debtor 1 | Twin Falls Oil Service, LLC | | | Case number (*if known*) | 24-30525 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2013 Accel Tanker  - Serial # 4509 | |
|---|---|---|---|
| | State the term remaining | Ongoing | Five Star Leasing LLC |
| | List the contract number of any government contract | | 320 N Jackson Street Helena, MT 59601 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2019 Volvo Tractor  - Serial #4878 | |
|---|---|---|---|
| | State the term remaining | Ongoing | Five Star Leasing LLC |
| | List the contract number of any government contract | | 320 N Jackson Street Helena, MT 59601 |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2018 CDFBT Stepdeck Trailer  - Serial # 1562 | |
|---|---|---|---|
| | State the term remaining | Ongoing | Five Star Leasing LLC |
| | List the contract number of any government contract | | 320 N Jackson Street Helena, MT 59601 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2019 CDFBT Stepdeck Trailer  - Serial # 1561 | |
|---|---|---|---|
| | State the term remaining | Ongoing | Five Star Leasing LLC |
| | List the contract number of any government contract | | 320 N Jackson Street Helena, MT 59601 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2019 Volvo Tractor  - Serial # 7123 | |
|---|---|---|---|
| | State the term remaining | Ongoing | Five Star Leasing LLC |
| | List the contract number of any government contract | | 320 N Jackson Street Helena, MT 59601 |

Debtor 1   Twin Falls Oil Service, LLC
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)   24-30525

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest — Insurance Contract - Umbrella liablity | |
| State the term remaining — October 1, 2025 | |
| List the contract number of any government contract | General Star Indemnity Company 120 Long Ridge Road Stamford, CT 06902 |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest — Insurance Contract - Automotive Liability | |
| State the term remaining — October 1, 2025 | |
| List the contract number of any government contract | Great West Casualty Insurance 1100 West 29th Street South Sioux City, NE 68776 |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest — Insurance Contract - Pollution | |
| State the term remaining — October 1, 2025 | |
| List the contract number of any government contract | GuideOne National Insurance Co. 1111 Ashworth Road West Des Moines, IA 50265-3538 |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest — Lease agreement with landlord located at: 248 Alkali Way, Killdeer, ND 58640 | |
| State the term remaining — Ongoing | |
| List the contract number of any government contract | Horizon Development PO Box 4024 Bismarck, ND 58502 |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest — Lease agreement with landlord located at: 212 Alkali Way, Killdeer, ND 58640 | |
| State the term remaining — Ongoing | |
| List the contract number of any government contract | Horizon Development PO Box 4024 Bismarck, ND 58502 |

Debtor 1   Twin Falls Oil Service, LLC
   First Name        Middle Name        Last Name

Case number (*if known*)   24-30525

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest — Lease agreement with landlord located at: 297 Alkali Way, Killdeer, ND 58640<br><br>State the term remaining — Ongoing<br><br>List the contract number of any government contract | Horizon Development<br>PO Box 4024<br>Bismarck, ND 58502 |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest — Lease agreement with landlord located at: 309 Alkali Way, Killdeer, ND 58640<br><br>State the term remaining — Ongoing<br><br>List the contract number of any government contract | Horizon Development<br>PO Box 4024<br>Bismarck, ND 58502 |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest — Lease agreement with landlord located at: 357 Alkali Way, Killdeer, ND 58640<br><br>State the term remaining — Ongoing<br><br>List the contract number of any government contract | Horizon Development<br>PO Box 4024<br>Bismarck, ND 58502 |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest — Insurance Contract - Commercial General Liability, Excess LIAB, Workers Compensation, and Employers' Liability October 1, 2025<br><br>State the term remaining<br><br>List the contract number of any government contract | Houston Speciality Insurance Company<br>800 Gessner Rd 6th floor<br>Houston, TX 77024 |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest — Short term lease agreement with landlord located at: 132 104S Ave SW, Killdeer, ND 58640 May 2025<br><br>State the term remaining<br><br>List the contract number of any government contract | Jacobson Industries<br>PO Box 475<br>Killdeer, ND 58640 |

| Debtor 1 | Twin Falls Oil Service, LLC | | | Case number *(if known)* | 24-30525 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Lease agreement with landlord located at: 12262 38th St. NW, Watford City, ND 58854 | |
| | State the term remaining | Ongoing | Kelsie Hutchinson |
| | List the contract number of any government contract | | PO Box 544 Wittmann, AZ 85361 |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Lease agreement with landlord located at: 120 42nd St SE, Watford City, ND 58854 | |
| | State the term remaining | | RS Bakken One, LLC |
| | List the contract number of any government contract | | 2089 E Fort Union Blvd Salt Lake City, UT 84121 |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2023 Mack Tractor - Serial # 1M1AN4GY1PM041054 | |
| | State the term remaining | Ongoing | TF Holdings, Inc. |
| | List the contract number of any government contract | | PO Box 720 Killdeer, ND 58640 |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2023 Mack Tractor - Serial # 1M1AN4GYXPM041053 | |
| | State the term remaining | Ongoing | TF Holdings, Inc. |
| | List the contract number of any government contract | | PO Box 720 Killdeer, ND 58640 |
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2024 Mack Tractor - Serial # 1M1AN4GY3RM047604 | |
| | State the term remaining | Ongoing | TF Holdings, Inc. |
| | List the contract number of any government contract | | PO Box 720 Killdeer, ND 58640 |

Debtor 1   Twin Falls Oil Service, LLC                                      Case number (*if known*)   24-30525
_____First Name_____Middle Name_____Last Name_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2024 Mack Tractor - Serial # 1M1AN4GY0RM045308 | |
|---|---|---|---|
| | State the term remaining | Ongoing | TF Holdings, Inc. PO Box 720 Killdeer, ND 58640 |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2017 Utility 53' Dry Van - Serial # 1UYVS2532H3048013 | |
|---|---|---|---|
| | State the term remaining | Ongoing | TF Holdings, Inc. PO Box 720 Killdeer, ND 58640 |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2018 Utility 53' Dry Van - Serial # 1UYVS253XJ3102809 | |
|---|---|---|---|
| | State the term remaining | Ongoing | TF Holdings, Inc. PO Box 720 Killdeer, ND 58640 |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2018 Utility 53' Dry Van - Serial # 1UYVS2531J3266708 | |
|---|---|---|---|
| | State the term remaining | Ongoing | TF Holdings, Inc. PO Box 720 Killdeer, ND 58640 |
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2018 Utility 53' Dry Van - Serial # 1UYVS2537J3266714 | |
|---|---|---|---|
| | State the term remaining | Ongoing | TF Holdings, Inc. PO Box 720 Killdeer, ND 58640 |
| | List the contract number of any government contract | | |

Debtor 1    Twin Falls Oil Service, LLC
    First Name      Middle Name      Last Name      Case number *(if known)*   24-30525

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | Lease agreement with landlord located at: 360 102X Ave SW, Killdeer, ND 58640 | |
|---|---|---|---|
| | State the term remaining | Ongoing | |
| | List the contract number of any government contract | | TF Holdings, Inc.<br>PO Box 720<br>Killdeer, ND 58640 |

**Fill in this information to identify the case:**

Debtor name    Twin Falls Oil Service, LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)    24-30525

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Jeffery L. Jacobson | PO Box 720 Killdeer, ND 58640 | CT Corporation System | ■ D   2.7 ☐ E/F _____ ☐ G _____ |
| 2.2 | Jeffery L. Jacobson | PO Box 720 Killdeer, ND 58640 | Quick Bridge Funding LLC | ■ D   2.11 ☐ E/F _____ ☐ G _____ |
| 2.3 | Jeffery L. Jacobson | PO Box 720 Killdeer, ND 58640 | Samson MCA LLC | ■ D   2.12 ☐ E/F _____ ☐ G _____ |
| 2.4 | Jeffery L. Jacobson | PO Box 720 Killdeer, ND 58640 | Internal Revenue Service | ☐ D _____ ■ E/F   2.1 ☐ G _____ |
| 2.5 | Jeffery L. Jacobson | PO Box 720 Killdeer, ND 58640 | Internal Revenue Service | ☐ D _____ ■ E/F   2.2 ☐ G _____ |

| Debtor | Twin Falls Oil Service, LLC | Case number *(if known)* | 24-30525 |
|--------|---------------------------|--------------------------|----------|

| **Additional Page to List More Codebtors** |
|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

| 2.6 | Jeffery L. Jacobson | PO Box 720<br>Killdeer, ND 58640 | Internal Revenue Service | ☐ D ＿＿＿<br>■ E/F ＿2.3＿<br>☐ G ＿＿＿ |

**Fill in this information to identify the case:**

Debtor name    Twin Falls Oil Service, LLC

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known)   24-30525

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From  1/01/2024 to Filing Date | ■ Operating a business<br>☐ Other _____ | $11,345,463.00 |
   | For prior year:<br>From  1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $17,244,491.00 |
   | For year before that:<br>From  1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other _____ | $11,368,739.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    Twin Falls Oil Service, LLC                                           Case number *(if known)*   24-30525

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | A & I Distributors<br>PO Box 1999<br>Billings, MT 59103-1999 | Within the last 90 days | $44,517.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | Within the last 90 days | $28,343.71 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | Balboa Capital Corporation<br>575 Anton Blvd 12th Floor<br>Costa Mesa, CA 92626 | Within the last 90 days | $18,440.58 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | Bank of America<br>PO Box 15019<br>Wilmington, DE 19886-5019 | Within the last 90 days | $29,053.46 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | Bell Bank<br>15490 101st Avenue N Suite 200<br>Maple Grove, MN 55369 | Within the last 90 days | $16,017.69 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | Blue Cross Blue Shield<br>PO Box 857668<br>Minneapolis, MN 55485-7668 | Within the last 90 days | $29,590.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.7. | Blue Cross Blue Shield of North Dakota<br>PO Box 857668<br>Minneapolis, MN 55485-7668 | Within the last 90 days | $94,566.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.8. | Credit Management Company | Within the last 90 days | $29,300.73 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor   Twin Falls Oil Service, LLC _____   Case number *(if known)*  24-30525

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. CT Corporation System<br>Att: SPRS<br>330 N Brand Blvd, Suite 700<br>Glendale, CA 91203 | Within the last<br>90 days | $21,902.54 | ■ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>□ Services<br>□ Other___ |
| 3.10. Dixon Insurance<br>3101 39th St SW<br>PO Box 10307<br>Fargo, ND 58106 | Within the last<br>90 days | $96,000.00 | □ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>■ Services<br>□ Other___ |
| 3.11. ENS Welding Service<br>724 High St SE<br>Killdeer, ND 58640 | Within the last<br>90 days | $9,465.00 | □ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>■ Services<br>□ Other___ |
| 3.12. First Insurance Funding<br>PO Box 7000<br>Carol Stream, IL 60197-7000 | Within the last<br>90 days | $41,686.00 | □ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>■ Services<br>□ Other___ |
| 3.13. First International Bank & Trust<br>1600 S Broadway<br>Minot, ND 58701 | Within the last<br>90 days | $276,583.23 | ■ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>□ Services<br>□ Other___ |
| 3.14. Five Star Leasing LLC<br>320 N Jackson Street<br>Helena, MT 59601 | Within the last<br>90 days | $11,792.00 | ■ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>□ Services<br>□ Other___ |
| 3.15. Flatland Freshwater Depot LLC<br>Tyler Flatland<br>4391 115th Ave NW<br>Watford City, ND 58854 | Within the last<br>90 days | $17,701.00 | □ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>■ Services<br>□ Other___ |
| 3.16. Gregory Water & Energy Inc<br>484 114U Ave SW<br>Dickinson, ND 58601 | Within the last<br>90 days | $24,709.50 | □ Secured debt<br>□ Unsecured loan repayments<br>□ Suppliers or vendors<br>□ Services<br>□ Other___ |

Debtor    Twin Falls Oil Service, LLC _____    Case number *(if known)*   24-30525

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17. Horizon Development<br>PO Box 4024<br>Bismarck, ND 58502 | Within the last<br>90 days | $31,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.18. Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Within the last<br>90 days | $171,761.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Payroll taxes, Buiness licenses, and permits_ |
| 3.19. Kelsie Hutchinson<br>PO Box 544<br>Wittmann, AZ 85361 | Within the last<br>90 days | $18,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Rent Expenses_ |
| 3.20. Lease Direct<br>PO Box 6980<br>Wayne, PA 19087 | Within the last<br>90 days | $16,977.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.21. Marlin Business Bank<br>2795 E Cottonwood Parkway<br>Salt Lake City, UT 84121 | Within the last<br>90 days | $7,883.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.22. Meyer Industries LLC<br>4310 Sims Street<br>Dickinson, ND 58601 | Within the last<br>90 days | $15,169.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.23. ND Dot<br>608 East Boulevard Avenue<br>Bismarck, ND 58505-0700 | Within the last<br>90 days | $61,722.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.24. North Dakota Tax Commissioner<br>600 E Boulevard Avenue Dept 127<br>Bismarck, ND 58505-0599 | Within the last<br>90 days | $14,794.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   Twin Falls Oil Service, LLC                                      Case number (if known)   24-30525

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.25. Northwest Tire<br>1615 Bismarck Expressway<br>Bismarck, ND 58504 | Within the last 90 days | $25,092.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.26. OMNI Dispatch LLC<br>1878 W 12600 S #318<br>Riverton, UT 84065 | Within the last 90 days | $26,950.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.27. Prairie Auto Parts<br>1829 5th Ave<br>Belle Fourche, SD 57717 | Within the last 90 days | $28,660.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.28. RDO Truck Centers<br>13924 Valley Ridge Dr<br>Omaha, NE 68138 | Within the last 90 days | $76,600.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.29. RS Bakken One, LLC<br>2089 E Fort Union Blvd<br>Salt Lake City, UT 84121 | Within the last 90 days | $10,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.30. Smart Computers and Consulting<br>26 West Villard<br>Dickinson, ND 58601 | Within the last 90 days | $10,794.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.31. Super Products LLC<br>PO Box 277213<br>Atlanta, GA 30384-7213 | Within the last 90 days | $9,658.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.32. TEAM Professional Services, Inc<br>PO Box 649202<br>Dallas, TX 75264 | Within the last 90 days | $7,955.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | Twin Falls Oil Service, LLC | | Case number (if known) | 24-30525 |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.33. TF Holdings<br>PO Box 720<br>Killdeer, ND 58640 | Within the last 90 days | $39,050.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. Twin Falls Logistics<br>PO Box 720<br>Killdeer, ND 58640 | Within the last 90 days | $22,373.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.35. US Bank Equipment Finance<br>1310 Madid St Suite 101<br>Marshall, MN 56258-4002 | Within the last 90 days | $18,257.88 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. US Bank<br>1310 Madid St Suite 101<br>Marshall, MN 56258-4002 | Within the last 90 days | $26,560.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.37. Wallwork Truck Center<br>PO Box 1819<br>Fargo, ND 58107-1890 | Within the last 90 days | $8,037.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.38. West Dakota Water LLC<br>PO Box 95299<br>Grapevine, TX 76099-9702 | Within the last 90 days | $37,159.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39. Western Choice Coop<br>200 Rodeo Dr<br>Killdeer, ND 58640 | Within the last 90 days | $447,234.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.40. WEX Bank<br>PO Box 4337<br>Carol Stream, IL 60197-4337 | Within the last 90 days | $114,515.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | Twin Falls Oil Service, LLC | | Case number *(if known)* | 24-30525 |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.41. | Winzer PO Box 208933 Dallas, TX 75320-8933 | Within the last 90 days | $9,579.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.42. | CIT Bank, N.A. 10201 Centurion Parkway North, Suite 100 Jacksonville, FL 32256 | Within the last 90 days | $21,902.54 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| First International Bank & Trust 1600 S Broadway Minot, ND 58701 | Bank account levy | 12/6/2024 | $0.00 |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| First International Bank & Trust 1600 S Broadway Minot, ND 58701 | Swept bank account and applied funds to outstanding loan<br>Last 4 digits of account number: __5177__ | December 5, 2024 | $64,119.84 |
| First International Bank & Trust 1600 S Broadway Minot, ND 58701 | Swept bank account and applied funds to outstanding loan<br>Last 4 digits of account number: __2555__ | December 5, 2024 | $29,217.39 |
| First International Bank & Trust 1600 S Broadway Minot, ND 58701 | Swept bank account and applied funds to outstanding loan<br>Last 4 digits of account number: __6275__ | December 5, 2024 | $77,003.50 |

Debtor    Twin Falls Oil Service, LLC _____    Case number *(if known)* 24-30525

---

| **Part 3:** | **Legal Actions or Assignments** |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Samson MCA LLC v. Twin Falls Oil Service LLC and Jeffery L. Jacobson<br>E2024016844 | Civil | Monroe County Clerk's Office<br>39 W. Main St, Room 101<br>Rochester, NY 14614 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. Patriot Diesel v. Twin Falls Oil Service, LLC<br>N/A | Civil | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| **Part 5:** | **Certain Losses** |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| Truck rollover accident - Dunn County ND | | March 2024 | Unknown |
| Truck rollover accident - Dunn County ND - loss - 1 Volvo power unit and damaged 1 flatbed trailer unit. | | September 2024 | Unknown |

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   Twin Falls Oil Service, LLC                                    Case number *(if known)*   24-30525

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Fredrikson & Byron, P.A. 60 South 6th Street, Suite 1500 Minneapolis, MN 55402 | | See application to employ | $45,000.00 |

**Email or website address**
www.fredlaw.com

**Who made the payment, if not debtor?**

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. Tony Brummett | Sold a 2014 Ford F150 | July 2024 | $2,500.00 |
| **Relationship to debtor** Employee | | | |
| 13.2. Josh McCormick | Sold a 2012 Ford F350 | October 2024 | $7,000.00 |
| **Relationship to debtor** Employee | | | |

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    Twin Falls Oil Service, LLC _____    Case number *(if known)*  24-30525

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

Debtor    Twin Falls Oil Service, LLC    Case number *(if known)*  24-30525

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.
☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Breene Road and Hwy 59, Wright WY | Campbell County WY Sheriff Dept and Fire | Spilled approx 500 gallons of diesel fuel | August 2023 |
| Main St NW and 104th Ave NW, Killdeer ND | Dunn County ND Sheriff Dept and ND Dept of Environmental Quality | Spilled approx 1000 gallons of brine waste water during a truck rollover accident | March 2024 |

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| | |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page **11**

Debtor    Twin Falls Oil Service, LLC                                    Case number *(if known)*  24-30525

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Devin Schwanz<br>Brady Martz<br>2537 S University Dr<br>Fargo, ND 58103 | 2021 - Present |
| 26a.2.   Jeffery L. Jacobson<br>PO Box 720<br>Killdeer, ND 58640 | 2014  - Present |
| 26a.3.   Mabel Hixson<br>360 102X Avenue SW<br>Killdeer, ND 58640-9301 | 2015 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   Devin Schwanz<br>Brady Martz<br>2537 S University Dr<br>Fargo, ND 58103 | 2021 - Present |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   Amaris Consulting<br>2905 Jude Lane, Suite C<br>Mandan, ND 58554 | 2023 - 2024 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Devin Schwanz<br>Brady Martz<br>2537 S University Dr<br>Fargo, ND 58103 | |
| 26c.2.   Jeffery L. Jacobson<br>PO Box 720<br>Killdeer, ND 58640 | |
| 26c.3.   Mabel Hixson<br>360 102X Avenue SW<br>Killdeer, ND 58640-9301 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   First International Bank & Trust<br>1600 S Broadway<br>Minot, ND 58701 |

| Debtor | Twin Falls Oil Service, LLC | Case number *(if known)*  24-30525 |
|---|---|---|

| Name and address |
|---|
| 26d.2.  Samson MCA LLC<br>17 State Street, 6th Floor<br>New York, NY 10004 |
| 26d.3.  Quick Bridge Funding LLC<br>c/o National Funding Inc.<br>Attention Legal Department<br>4380 La Jolla Village Drive<br>San Diego, CA 92122 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeffery L. Jacobson | PO Box 720<br>Killdeer, ND 58640 | Owner | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Jeffery L. Jacobson<br>PO Box 720<br>Killdeer, ND 58640 | $96,000.06 | Within the last year | Salary |
| **Relationship to debtor**<br>Owner | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor   Twin Falls Oil Service, LLC                                    Case number *(if known)*   24-30525

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  |  |

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January  6, 2025

/s/ Jeffery L. Jacobson                                    Jeffery L. Jacobson
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

---